UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>32683 Hidden Meadows Drive, Eugene, Lane County, State and District of Oregon, Real Property with Buildings, Appurtenances, and Improvements, *in rem*,<br><br>Defendant. | Case No. 6:15-cv-00143-MA<br><br>**FINAL JUDGMENT OF FORFEITURE AND CERTIFICATE OF REASONABLE CAUSE** |

Based upon this Court's Order of Default (ECF No. 28) entered April 6, 2016, the Settlement Agreement (ECF No. 39) between the United States and William McAlexander and Rebecca McAlexander filed on February 16, 2017, whereby William McAlexander and Rebecca McAlexander agree to pay the United States $25,000 in lieu of forfeiting Defendant 32683 Hidden Meadows Drive, Eugene, Lane County, State and District of Oregon, Real Property with Buildings, Appurtenances, and Improvements, *in rem*, and on this Court's Order Substituting Defendant Res (ECF No. 41) entered on March 15, 2017,

IT IS ORDERED AND ADJUDGED that this Court has subject matter jurisdiction and $25,000.00 is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons claiming any right, title or interest in or to this Defendant, including William McAlexander and Rebecca McAlexander. The United States Marshals Service

is directed to immediately transfer the custody and possession of the defendant $25,000, to the Attorney General for disposition in accordance with applicable statutes and regulations and provisions of this Judgment.

Pursuant to 28 U.S.C. § 2465(a)(2), this Court CERTIFIES that there was reasonable cause for the arrest of Defendant 32683 Hidden Meadows Drive, Eugene, Lane County, State and District of Oregon, Real Property with Buildings, Appurtenances, and Improvements, *in rem,* and no federal, state, county, or city official or agency involved in such arrest shall be liable to suit or judgment on account of such arrest of defendant property.

The parties shall each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

DATED this 20th day of March 2017.

/s/ Malcolm F. Marsh
MALCOLM F. MARSH
United States District Judge

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney